■ MARGARET FLEMING et al., Respondents, v FREDERICK A. LUNDY, JR., et al., Appellants, et al., Defendants. (Appeal No. 3.)—Judgment unanimously modified on the law and as modified affirmed without costs, in accordance with same memorandum as in *Fleming v Lundy* ([appeal No. 2] 156 AD2d 965 [decided herewith]). (Appeal from judgment of Supreme Court, Onondaga County, Reagan, J.—partition and sale.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.